IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>)<br>**Plaintiff,**  )<br>)<br>vs.  )<br>)<br>)<br>**RAYMOND KUDERA,**  )<br>)<br>**Defendant.**  ) | **8:13CR387**<br><br>**ORDER** |

      This matter is before the court on defendant's unopposed motion to continue trial [19] as counsel needs additional time to investigate and prepare for trial. The court finds good cause being shown and the trial shall be continued. The defendant has previously complied with NECrimR 12.1(a).

      **IT IS ORDERED** that the motions to continue trial is granted, as follows:

      1.  The jury trial now set for April 15, 2014 is continued to **June 24, 2014.**

      2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 24, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      **DATED April 2, 2014.**

                                                      **BY THE COURT:**

                                                      s/ F.A. Gossett<br>                                                      **United States Magistrate Judge**