# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:13CR387** |
| **vs.** | ) | |
| | ) | **ORDER** |
| | ) | |
| **RAYMOND KUDERA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the joint motion to continue trial [31] as defense counsel needs additional time to interview witnesses and the government's counsel needs additional time to prepare for trial. The defendant has previously complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the joint motion to continue trial [31] is granted, as follows:

1. The jury trial now set for March 10, 2015 is continued to **March 24, 2015.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 24, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 5, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**